UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEJANIQUE STROZIER,<br>　　　　　Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES, LLC,<br>　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO.  1:23-cv-85-MLB |

## J U D G M E N T

This action having come before the court, Honorable Michael L. Brown, United States District Judge, for consideration of defendant's motion for summary judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 26th day of September, 2024.

　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　By:  /s/Parker Thompson
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 26, 2024
Kevin P. Weimer
Clerk of Court

By: /s/Parker Thompson
　　　Deputy Clerk